No. 421, Misc.   STERN ET AL. v. THORNBURG, TRUSTEE IN BANKRUPTCY, ET AL.;

No. 422, Misc.   PATTEN v. U. S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA ET AL.; and

No. 423, Misc.   HOLLAND v. CIRCUIT COURT OF PETTIS COUNTY, MISSOURI, ET AL.   Applications in these cases denied.

No. 425, Misc.   ADAMS v. ALVIS, WARDEN;

No. 430, Misc.   SCOTT v. MARTIN, WARDEN;

No. 433, Misc.   HART v. HUNTER, WARDEN;

No. 435, Misc.   BRADSHAW v. RAYMOND, SUPERINTENDENT; and

No. 436, Misc.   CAVE v. RAYMOND, SUPERINTENDENT. The motions for leave to file petitions for writs of habeas corpus in these cases are severally denied.

No. 536.   BRANNAN, SECRETARY OF AGRICULTURE, v. STARK ET AL.; and

No. 537.   DAIRYMEN'S LEAGUE COOPERATIVE ASSOCIATION, INC. v. STARK ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari granted.   *Solicitor General Perlman, W. Carroll Hunter* and *Neil Brooks* for petitioner in No. 536.   *Seward A. Miller, William E. Leahy* and *William J. Hughes, Jr.* for petitioner in No. 537.   *Edward B. Hanify, Edgar J. Goodrich* and *Lipman Redman* for respondents.

No. 431.   SCHLEIF v. DEFNET ET AL.   Supreme Court of Wisconsin.   Certiorari denied.   *Arthur W. Richter* for petitioner.   *Oliver L. O'Boyle* and *Van B. Wake* for respondents.